**No. 09-9459. Carolyn E. O'Connor, Petitioner v. United States.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3961.

May 17, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-9605. Ron E. Medley, Petitioner v. First Horizon Home Loan Corporation, et al.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3969.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 7, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10082. Charles Grier, Petitioner v. United States.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3892.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 7, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 09-10116. Rachel Ruiz, Petitioner v. Sun Life Assurance Company of Canada.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3991.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 7, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10213. In re Charles D. Minor, Petitioner.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3938.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 7, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10216. Deepak Jahagirdar, Petitioner v. United States.**

560 U.S. 902, 130 S. Ct. 3313, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 3934.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 7, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-868. Ashbel T. Wall, II, Director, Rhode Island Department of Corrections, Petitioner v. Khalil Kholi.**

560 U.S. 903, 130 S. Ct. 3274, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 4006.

May 17, 2010. Motion of respondent for leave to proceed in forma pauperis